UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREAT FLOORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH GANNON; ANDREW BARBER; WALLA WALLA CARPET ONE LLC, a Washington limited liability company; THE SHOWROOM II, LLC, a Washington limited liability company d/b/a CARPET ONE OF SPOKANE; NWFG LLC, a Washington limited liability company d/b/a SPOKANE FLOOR TRADER; INLAND FLOORING GROUP LLC, a Washington limited liability company; NORTHWEST FLOORING GROUP LLC, a Washington limited liability company; TIM HEPPER; TIMOTHY CHASE HEPPER; MICHAEL DOBSON; and DYLAN CLOYD,<br><br>Defendants. | NO: 2:22-CV-5083-TOR<br><br>ORDER OF PARTIAL DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulation to Dismiss certain Parties. ECF No. 54. These parties agree to the dismissal of all claims with prejudice and each party to bear its own costs and attorney fees. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by the parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice against the following Defendants: ANDREW BARBER; WALLA WALLA CARPET ONE LLC, a Washington limited liability company; THE SHOWROOM II, LLC, a Washington limited liability company d/b/a CARPET ONE OF SPOKANE; NWFG LLC, a Washington limited liability company d/b/a SPOKANE FLOOR TRADER; INLAND FLOORING GROUP LLC, a Washington limited liability company; NORTHWEST FLOORING GROUP LLC, a Washington limited liability company; TIM HEPPER; TIMOTHY CHASE HEPPER; MICHAEL DOBSON; and DYLAN CLOYD. All parties to bear their own costs and attorney fees.

//

//

2. These Defendants' Motion for Summary Judgment, ECF No. 53, is **DENIED as moot.**

The District Court Executive is directed to enter this Order, furnish copies to counsel, and terminate these Defendants from the docket.

DATED November 15, 2023.




THOMAS O. RICE
United States District Judge